IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Biological Diversity and<br>Patagonia Area Resource Alliance,<br><br>      Plaintiffs,<br><br>v.<br><br>United States Environmental Protection<br>Agency and Lee Zeldin, in his official<br>capacity[1] as Administrator,<br><br>      Defendants. | No. 1:25-cv-172-CRC |

**JOINT MOTION TO EXTEND DEADLINE TO FILE AN ANSWER**

Defendants United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator, and Plaintiffs Center for Biological Diversity and Patagonia Area Resource Alliance hereby move to extend by 75 days the Defendants' deadline to file an answer to June 11, 2025.

In support of this Joint Motion, the Parties state the following to demonstrate good cause for the requested relief:

The Plaintiffs filed this Clean Air Act deadline suit in January 2025, seeking to compel the Defendants to grant or deny a petition to object to an air pollution permit issued under Title V of the Clean Air Act (CAA) to South32 Hermosa Inc. for the Hermosa Mine in Santa Cruz County, Arizona. The Parties recently met to discuss a reasonable deadline for the Defendants to act on the Plaintiff's petition to object. During those discussions, the

---

[1] Lee Zeldin is automatically substituted for Michael S. Regan and Jane Nishida pursuant to Federal Rule of Civil Procedure 25(d).

Defendants stated their expectation to issue an order on the outstanding petition by May 31, 2025. The Parties agree that extending the Defendants' deadline to answer the complaint in this action would allow the Defendants to more efficiently work to issue the responsive order and resolve the dispute in this case. As such, good cause exists to extend the answer deadline.

Based on the foregoing, the Parties jointly request that the Court enter the proposed order submitted with this Joint Motion.

Dated: March 25, 2025             Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Cameron Hinojos*
CAMERON HINOJOS
Ill. Bar No. 6342093
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044-7611
Tel: (202) 305-5884
Fax: (202) 514-8865
cameron.hinojos@usdoj.gov

*Attorneys for Defendants*

*/s/ Ryan Maher*
RYAN MAHER
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(781) 325-6303
rmaher@biologicaldiversity.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I certify that on March 25, 2025, I electronically filed a copy of the foregoing document, which will notify counsel for all Parties.

*/s/ Cameron Hinojos*
United States Department of Justice