IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Biological Diversity and Patagonia Area Resource Alliance, <br><br> Plaintiffs, <br><br> v. <br><br> United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator, <br><br> Defendants. | No. 1:25-cv-172-CRC |

**[Proposed] ORDER EXTENDING DEADLINE TO FILE AN ANSWER**

Based on the Parties' joint stipulation the Court finds good cause to extend the Defendants' deadline to file an answer by 75 days. The Defendants' deadline to answer the complaint is June 11, 2025.

IT IS SO ORDERED.

Dated: March __, 2025

_____
The Honorable Christopher R. Cooper
United States District Judge