IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Biological Diversity and Patagonia Area Resource Alliance,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator,<br><br>Defendants. | No. 1:25-cv-172-CRC |

**JOINT MOTION TO EXTEND DEADLINE TO FILE AN ANSWER**

Defendants United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator, and Plaintiffs Center for Biological Diversity and Patagonia Area Resource Alliance hereby move to extend by 60 days, to August 11, 2025, Defendants' deadline to file an answer.

In support of this Joint Motion, the Parties state the following to demonstrate good cause for the requested relief:

Plaintiffs filed this Clean Air Act deadline suit in January 2025, seeking to compel Defendants to grant or deny their petition to object to an air pollution permit issued under Title V of the Clean Air Act (CAA) to South32 Hermosa Inc. for the Hermosa Mine in Santa Cruz County, Arizona. After Plaintiffs filed this suit, Defendants provided Plaintiffs with an administrative order that the Environmental Protection Agency issued in response to the Plaintiff's petition to object to the Hermosa Mine permit, granting in part and denying in part the petition at issue. The Parties seek this 60-day extension so they can

efficiently coordinate and determine the proper course of action for this suit.

Based on the foregoing, the Parties jointly request that the Court enter the proposed order submitted with this Joint Motion.

Dated: June 10, 2025

Respectfully submitted,

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*/s/ Cameron Hinojos*
CAMERON HINOJOS
Ill. Bar No. 6342093
United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044-7611
Tel: (202) 305-5884
Fax: (202) 514-8865
cameron.hinojos@usdoj.gov

*Attorneys for Defendants*

*/s/ Ryan Maher*
RYAN MAHER
Center for Biological Diversity
1411 K St. NW, Suite 1300
Washington, DC 20005
(781) 325-6303
rmaher@biologicaldiversity.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I certify that on June 10, 2025, I electronically filed a copy of the foregoing document, which will notify counsel for all Parties.

                                                    */s/ Cameron Hinojos*
                                                    United States Department of Justice