IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Center for Biological Diversity and Patagonia Area Resource Alliance,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency and Lee Zeldin, in his official capacity as Administrator,<br><br>Defendants. | No. 1:25-cv-172-CRC |

**[Proposed] ORDER EXTENDING DEADLINE TO FILE AN ANSWER**

Based on the Parties' joint motion, the Court finds good cause to extend Defendants' deadline to file an answer by 60 days. Defendants' deadline to answer the complaint is August 11, 2025.

IT IS SO ORDERED.

<u>Dated</u>: June __, 2025

_____
The Honorable Christopher R. Cooper
United States District Judge